1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11
12
13

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>    Petitioner,<br><br>v.<br><br>MGA ENTERTAINMENT PRODUCTIONS, INC.,<br><br>    Respondent. | Case No.: 2:20-CV-2557-ODW(JEM)<br><br>**JUDGMENT** |

    The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc. came before the Court.

    Having considered all of the pleadings and arguments submitted by the

parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against MGA ENTERTAINMENT PRODUCTIONS, INC. ("Respondent"), Union Case No. 10296, dated March 27, 2019, is confirmed in all respects.

2. Respondent is ordered to pay as follows:
To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $239,620.02;

3. The parties are to split any arbitrator fees.

Dated: __June 26, 2020__  _____

Judge of the United States District Court